RECEIVED USDC
CLERK, CHARLESTON, SC
2026 SEP 15 AM 11:44

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Joshua Dawson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Builders First Source also known as BMC East LLC

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 2:26-cv-4065-RMG-MHC
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua Dawson |
| Street Address | 2251 Magnolia St unit 95 |
| City and County | Orangeburg |
| State and Zip Code | South Carolina 29115 |
| Telephone Number | 843-532-3540 |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Builders First Source |
| Job or Title (if known) | Job |
| Street Address | 4450 Arco Lane |
| City and County | North Charleston |
| State and Zip Code | South Carolina 29418 |
| Telephone Number | 843-554-8280 |

Defendant No. 2

| | |
|---|---|
| Name | David |
| Job or Title (if known) | Supervisor |
| Street Address | |
| City and County | |
| State and Zip Code | South Carolina |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | Hunter |
| Job or Title (if known) | Supervisor |
| Street Address | |
| City and County | |
| State and Zip Code | South Carolina |
| Telephone Number | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |

| | |
|---|---|
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Builders First Source |
| Street Address | 4450 Arco Lane |
| City and County | North Charleston |
| State and Zip Code | South Carolina 29418 |
| Telephone Number | 843-554-8280 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*: ______

☐ Relevant city or county law *(specify, if known)*: ______

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: ______

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

01-16-25, 01-17-25, 01-21-25, 02-03-25, 02-05-25, 02-11-25, 02-13-25, 02-14-25, 02-25-25, 03-11-25, 03-21-25 etc etc.

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race ______________________
- ☑ color ______________________
- ☑ gender/sex ______________________
- ☐ religion ______________________
- ☐ national origin ______________________
- ☐ age. My year of birth is ____________. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* ______________________

E. The facts of my case are as follows. Attach additional pages if needed.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03-23-26

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* 03-23-26.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

- ☐ 60 days or more have elapsed.
- ☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-06, 2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff Joshua Dawson

**B. For Attorneys**

Date of signing: ____________, 20__.

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Address ____________________

Telephone Number ____________________

E-mail Address ____________________

**RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in Plaintiff's favor and award the following relief: A. Back pay and lost wages in an amount to be determined at trial, including wages, benefits, and other compensation Plaintiff would have earned from the date of termination, June 17, 2025, through the date of judgment; B. Compensatory damages for emotional distress, pain and suffering, humiliation, embarrassment, anxiety, depression, sleeplessness, headaches, and other emotional and psychological injuries caused by Defendant's unlawful conduct, in an amount to be determined at trial; C. Front pay in lieu of reinstatement, as reinstatement is not feasible due to the deterioration of the employment relationship and the hostile work environment created by Defendant's conduct; D. Punitive damages in an amount sufficient to punish Defendant and deter similar conduct, based on Defendant's intentional, malicious, and/or reckless disregard of Plaintiff's federally protected rights, including repeated racial harassment, failure to take prompt corrective action, threats against reporting misconduct, and retaliatory termination; E. Total damages in the amount of $350,000, or such greater or lesser amount as may be supported by the evidence and permitted by law; F. Reasonable attorney's fees, costs, and expenses as permitted by law, should Plaintiff retain counsel and become entitled to such an award. G. Pre-judgment and post-judgment interest as permitted by law; and H. Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.